NVB 1007-1 (Rev. 12/15)

RECEIVED AND FILED
2017 SEP 8 PM 2 30
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1 | Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

Dana Harris

Debtor(s)

BK- 17-13837

Chapter: 7

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to to the best of his/her knowledge.

Date 09/8/17                    Signature Dana [signature]

Date _____           Signature _____

1

# 230703    $31 —

Right Size Funding
7625 Dean Martin Dr
las Vegas Nv 89139


Title Max Loans
4001 N las vegas Blvd
las vegas Nv 89115


Fast Bucks
41347 sunset Rd
las vegas Nv 89014


NV energy
1737 Hunkins Dr
North Las Vegas 89030


cox communication
1700 vegas Dr
Las Vegas NV 89106


merchant perferred lease
5500 interstate N pkwy
atlanta GA 30328


snap Finance
1760 2100 S
salt lake city UT 84199


nevada direct
705 N eastern Ave
las vegas  NV 89101


south west Gas
w cheyenne Ave
#107
las vegas Nv 89030